Case 1:11-cr-00045-LTB   Document 10   Filed 02/16/11   USDC Colorado   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00045-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DANY MANUEL TREJO-GONZALEZ,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Trejo-Gonzalez is set **Friday, March 18, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  February 16, 2011