**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00045-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DANY MANUEL TREJO-GONZALEZ,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that, pursuant to Defendant's Notice of Disposition filed March 17, 2011 (Doc 11), the status/scheduling hearing set **Friday, March 18, 2011 is VACATED**.

       This will further confirm that a change of plea hearing regarding Defendant Trejo-Gonzalez is set **Wednesday, April 20, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  March 18, 2011