**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE  LEWIS  T.  BABCOCK**

**COURTROOM MINUTES**
_____

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: June 29, 2011 |
| Court Reporter:    Tracy Weir | Probation: Sergio Garza |
| | Interpreter: Catherine Bahr |

_____

Criminal Action No. 11-cr-00045-LTB-1          <u>Counsel:</u>

UNITED STATES OF AMERICA,                     Robert Brown

    Plaintiff,

v.

1. DANY MANUEL TREJO-GONZALEZ,                La Fonda Jones

    Defendant.

_____

**SENTENCING**
_____

9:01 a.m.     Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to the Indictment on April 20, 2011.

9:03 a.m.     Argument by Ms. Jones regarding Defendant's Motion for Non-Guideline Sentence [Docket No. 18, Filed June 15, 2011].

9:08 a.m.     Argument by Mr. Brown regarding Defendant's Motion for Non-Guideline Sentence [Docket No. 18, Filed June 15, 2011].

1

9:10 a.m.     Response by Ms. Jones regarding the fast track disparity issue.

9:12 a.m.     Statement by Defendant.

**ORDERED**:   Defendant's Motion for Non-Guideline Sentence [Docket No. 18, Filed June 15, 2011] is DENIED.

**ORDERED**:   **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Dany Manuel Trejo-Gonzalez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten months.**

**ORDERED**:   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of three years.

**ORDERED**:   Conditions of Supervised Release:
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X)   Defendant shall comply with standard conditions as adopted by the Court.
- (X)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because it is likely that the defendant will be deported.
- (X)   Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS**: of Supervised Release
- (X)   Defendant, if deported, shall not return to the U.S. illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest U.S. Probation Office within 72 hours of defendant's return.

**ORDERED**:   Defendant shall pay $100.00 to Crime Victim Fund (Special Assessment) to be paid immediately.

**ORDERED**:   No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED**:   Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:34 a.m.     Court in Recess.
Hearing concluded.          Time:  00:33